RECEIVED
IN MONROE, LA
JAN 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DONNIE WAYNE PRICE** | **CIVIL ACTION NO. 06-1532** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICHLAND PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## RULING

On September 1, 2006, Plaintiff Donnie Wayne Price ("Price"), acting *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On November 9, 2006, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 5] recommending that Price's petition be dismissed with prejudice as frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). A copy of this Report and Recommendation was forwarded to Price at the most recent address he provided. The Report and Recommendation was returned to the Clerk of Court on November 27, 2006, marked "RETURN TO SENDER."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on November 27, 2006. Price failed to advise the Court of his new address by December 27, 2006. The thirty day period within which Price was required to notify the Court of his new address has expired.

Therefore, Price's complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

MONROE, LOUISIANA, this 16 day of January, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE